1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  13-CR-03402-GPC |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS** |
| JAVIER HECHAVARRIA-GOMEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

IT IS HEREBY ORDERED that the Information in the above-referenced case be dismissed, without prejudice, as to defendant JAVIER HECHAVARRIA-GOMEZ.

IT IS FURTHER ORDERED that defendant JAVIER HECHAVARRIA-GOMEZ be released from the custody of the United States Marshals Service and returned to the custody of the Department of Homeland Security.

SO ORDERED.

DATED: October 15, 2013

_____

HONORABLE GONZALO P. CURIEL
United States District Court Judge